**Order entered January 16, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00422-CR

**ARACELY MEZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-00230-U**

## ORDER

The reporter's record was filed December 13, 2018. Missing from the record are the State's (1) Exhibit 10, appellant's video interview with police; (2) Exhibit 17, a video from a high-definition camcorder labeled "Disc", and (3) Exhibit 29, a video from Claudia Mendoza's phone labeled "Disc."

We **ORDER** court reporter Sasha Brooks to file a supplemental reporter's record containing true and correct playable copies of State's Exhibits 10, 17, and 29 within **FOURTEEN DAYS** of the date of this order.

/s/     BILL PEDERSEN, III
JUSTICE